RECEIVED
SEP 06 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:23-cr-00210-01 |
| VERSUS | * | Judge Hicks |
| | * | Magistrate Judge Hornsby |
| JAVARREA POUNCY | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
(18 U.S.C. §§ 242, 2)

On or about September 27, 2019, in the Western District of Louisiana, the defendant, **Javarrea Pouncy**, while acting under color of law and while aiding and abetting another correctional officer, willfully deprived J.B., a pretrial detainee at the DeSoto Parish Detention Center, of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a correctional officer. Specifically, the defendant, while acting in his capacity as a correctional officer for the DeSoto Parish Sheriff's Office, and with another correctional officer, repeatedly struck J.B. in the head and body without legal justification, while J.B. was being booked into the DeSoto Parish Detention Center. The offense resulted in bodily injury to J.B.

All in violation of Title 18, United States Code, Sections 242 and 2.

## COUNT 2
## DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
(18 U.S.C. §§ 242, 2)

On or about September 27, 2019, in the Western District of Louisiana, the defendant, **Javarrea Pouncy**, while acting under color of law and while aiding and abetting another correctional officer, willfully deprived J.B., a pretrial detainee at the DeSoto Parish Detention Center, of the right, secured and protected by the Constitution and laws of the United States, to due process of law, which includes the right of a pretrial detainee to be free from a correctional officer's deliberate indifference to his serious medical needs. Specifically, the defendant, while acting in his capacity as a correctional officer for the DeSoto Parish Sheriff's Office with another correctional officer, and while knowing that J.B. had serious medical needs, willfully failed to take reasonable steps to obtain necessary medical care for J.B., thereby acting with deliberate indifference to a substantial risk of serious harm to J.B. The offense resulted in bodily injury to J.B.

All in violation of Title 18, United States Code, Sections 242 and 2.

## COUNT 3
## FALSIFICATION OF RECORDS
(18 U.S.C. §§ 1519, 2)

On or about September 27, 2019, in the Western District of Louisiana, the defendant, **Javarrea Pouncy,** while acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, the defendant, while working as

a correctional officer for the DeSoto Parish Sheriff's Office, knowingly wrote a false report—in which he misrepresented the conduct of a pretrial detainee, J.B,; minimized the severity of his and another correctional officers' uses of force against the detainee; omitted the fact that both officers had used unjustified and unreasonable force against the detainee; and misrepresented the officers' efforts to obtain medical care for the detainee—in an effort to cover up the assault of the detainee.

All in violation of Title 18, United States Code, Section 1519 and 2.

A TRUE BILL:

*REDACTED*
_____
GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

By:_____
Seth D. Reeg, La. Bar # 34184
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600 – office

By:_____
Erin Monju, N.Y. Bar # 5160908
Trial Attorney, Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20530
(202) 305-5601