**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  5:23-CR-00210-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **JAVARREA POUNCY (01)** | **MAGISTRATE JUDGE HORNSBY** |

**EXHIBIT LIST**
**Sentencing,  10/15/24**

**PARTY:** COURT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| Court Exhibit 1, in globo | (sealed) First Judicial District Court - Protective Order etc | 10/15/2024 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |