**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  5:23-CR-00210-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **JAVARREA POUNCY (01)** | **MAGISTRATE JUDGE HORNSBY** |

**EXHIBIT LIST**
**Restitution Hearing  11/13/24**

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Physicians Behavioral Hospital Statement | 11/13/2024 |
| 2 | Ochsner LSU Health Shreveport Statement | 11/13/2024 |
| 3 | Life Enhancement Services Statement | 11/13/2024 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |