UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-cr-00210 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAVARREA POUNCY (01) | MAGISTRATE JUDGE HORNSBY |

## REPORT AND RECOMMENDATION

Javarrea Puncy ("Defendant") pleaded guilty to one count of deprivation of civil rights under color of law. Doc. 39. Defendant was sentenced to 37 months, and the judgment requires Defendant to make restitution. There are special conditions in the judgment, and those conditions are incorporated herein by reference. Judge Hicks referred the restitution issue to the undersigned for determination.

An evidentiary hearing was held on November 13, 2024. The Government presented detailed billing records from the two medical facilities that treated the victim. The total for the past medical expenses of the victim is $1,554.50. Defendant consents to a restitution award in that amount and consents to Judge Hicks immediately adopting this report and recommendation for restitution in the amount of $1,554.50.

The Government also presented a chart that purports to estimate future therapy costs for the victim in the amount of $10,350. Gov. Ex. 3. The exhibit is unsigned and undated, and it is insufficient to support any award of future medical expenses. Accordingly, there is no basis in the record for an award of future medical expenses.

Accordingly,

It is recommended that Defendant pay the victim $1,554.50 for past medical expenses. It is further recommended that no award be made for future medical expenses. The parties have no objection to this recommendation, and Judge Hicks may adopt this report and recommendation without delay.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 14th day of November, 2024.

_____
Mark L. Hornsby
U.S. Magistrate Judge