# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 5:23-cr-210-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAVARREA POUNCY (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant pay the victim $1,554.50 for past medical expenses.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 15th day of November, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE